

**MOT**
**TERESA R BURWELL**
5035 E RUSSELL ROAD
LAS VEGAS, NV 89122
(702) 782-0915
PLAINTIFF IN PROPER PERSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

Teresa R Burwell,

                Plaintiff(s),

          -vs-

Signature Real Estate Group,

Et. Al,              Defendant(s).

CASE NO.2:25-cv-00284-RFB

DEPT. NO.
NO HEARING REQUESTED

**PLAINTIFF'S MOTION TO EXTEND TIME TO FILE FIRST AMENDED COMPLAINT**

    COMES NOW, plaintiff, Teresa R Burwell, by and through her own counsel, does hereby file this Motion To Extend Time To File First Amended Complaint and says the following:

1. On February 21, 2025 the plaintiff was involved in an auto accident which resulted in injuries.

2. On May 7, 2025 the plaintiff was admitted due to complications with her blood pressure that elevated extremely high in response to her increased pain. As a result, the plaintiff was admitted into the hospital for those reasons and since been having a difficult time with sitting up and getting back to her normal routine. (**Exhibit 1**)

3. On April 8, 2025 the plaintiff had an outpatient procedure as a result of her injuries and ongoing chronic pain**. (Exhibit 2**)

4. For the purposes set forth in this Motion, the plaintiff respectfully asks the Honorable Court to grant an extension for one week to file the first amended complaint.

5. The plaintiff requests the Honorable Court for an extension on one week, leaving the First Amended Complaint due by April 21, 2025.

Dated this 14th day of April 2025

Respectfully submitted by: _____

TERESA R BURWEL

IT IS SO ORDERED.

IT IS FURTHER ORDERED that Plaintiff's First Amended Complaint is due no later than April 21, 2025.

_____
U.S. MAGISTRATE JUDGE

Date:  April 17, 2025