# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| TERISA RENITA BURWELL,<br><br>Plaintiff,<br><br>v.<br><br>SIGNATURE REAL ESTATE GROUP, *et al.*,<br><br>Defendants. | Case No. 2:25-cv-00284-RFB-EJY<br><br>**ORDER** |

     Before the Court for consideration is the Report and Recommendation (ECF No. 3) of the Honorable Elayna J. Youchah, United States Magistrate Judge, entered on March 14, 2025. A district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate." 28 U.S.C. § 636(b)(1). A party may file specific written objections to the findings and recommendations of a magistrate judge. 28 U.S.C. § 636(b)(1); Local Rule IB 3-2(a). When written objections have been filed, the district court is required to "make a *de novo* determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1); see also Local Rule IB 3-2(b). Where a party fails to object, however, a district court is not required to conduct "any review," *de novo* or otherwise, of the report and recommendations of a magistrate judge. Thomas v. Arn, 474 U.S. 140, 149 (1985). Pursuant to Local Rule IB 3-2(a), objections were due by March 28, 2028. No objections have been filed. The Court has reviewed the record in this case and concurs with the Magistrate Judge's recommendation.

     ///

**IT IS THEREFORE ORDERED** that the Report and Recommendation (ECF No. 3) is **ACCEPTED** and **ADOPTED** in full.

**IT IS FURTHER ORDERED** that Plaintiff's claim under the Federal Trade Commission Act is **DISMISSED** with prejudice.

**DATED:** June 27, 2025.

                                                             _____
                                                             **RICHARD F. BOULWARE, II**
                                                             **UNITED STATES DISTRICT JUDGE**