UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| TERESA R. BURWELL,<br><br>  Plaintiff,<br><br>  v.<br><br>SIGNATURE REAL ESTATE GROUP & TRIPLE PROPERTIES, LLC,<br><br>  Defendants. | Case No. 2:25-cv-00284-RFB-EJY<br><br>**ORDER** |

Pending before the Court is Plaintiff's Motion for Alternative Process of Service. ECF No. 27. Setting aside the commentary provided by Plaintiff, and rejecting all of her concerns regarding the U.S. Marshal Service that works diligently to serve process for *pro se* plaintiffs, the Court finds Plaintiff has identified the correct individual at the correct address where Defendant may be served.

Accordingly, IT IS HEREBY ORDERED that to the extent Plaintiff's Motion for Alternative Process of Service (ECF No. 27) seeks service on an individual and at an address identified in her Motion, the Motion is GRANTED. The Motion for Alternative Process of Service is otherwise DENIED.

IT IS FURTHER ORDERED that the Clerk of Court is to issue a third summons for Signature Real Estate Group.

IT IS FURTHER ORDERED that the Clerk of Court is to deliver the Summons together with one copy of Plaintiff's First Amended Complaint (ECF No. 8) and one copy of the Screening Order (ECF No. 9) to the U.S. Marshal Service.

IT IS FURTHER ORDERED that the U.S. Marshal is kindly asked to serve Defendant's Registered Agent with the First Amended Complaint, Screening Order, and Summons. Service on the Registered Agent is as follows:

Brandon Roberts
Registered Agent for Signature Real Estate Group
6605 Grand Montecito Pkwy
Suite 150
Las Vegas, NV 89149

IT IS FURTHER ORDERED that if service of process is rejected by Mr. Roberts, Plaintiff will be required to employ a private process server to attempt service on Defendant.

Dated this 12th day of September, 2025.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE