THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 006270
OLSON CANNON & GORMLEY
9950 West Cheyenne Avenue
Las Vegas, NV 89129
tdillard@ocgattorneys.com
702-384-4012
702-383-0701 fax
Attorney for Defendant
SIGNATURE REAL ESTATE GROUP

Law Offices of
OLSON CANNON GORMLEY
A Professional Corporation
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TERESA R. BURWELL,<br><br>Plaintiff,<br><br>vs.<br><br>SIGNATURE REAL ESTATE GROUP, ET. AL, TRIPLE E PROPERTIES,<br><br>Defendants. | CASE NO. 2:25-CV-00284-RFB-EJY |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff, TERESA R. BURWELL, Appearing in Proper Person, and Defendant, SIGNATURE REAL ESTATE GROUP, by and through its counsel of record, that all claims asserted in the above-captioned matter against the Defendant, are hereby DISMISSED WITH PREJUDICE.

/ / /

/ / /

/ / /

/ / /

The parties are to bear their own attorney's fees, costs, and expenses related to the claims dismissed hereby.

DATED this 31st day of July, 2026.

[signature]
TERESA R. BURWELL
7379 Hayes Harbor Court
N. Las Vegas, Nevada 89084
msburwell83@gmail.com
*Plaintiff in Proper Person*

DATED this 31st day of July, 2026.

OLSON CANNON & GORMLEY

/s/ Thomas D. Dillard, Jr.
THOMAS D. DILLARD, JR., ESQ.
Nevada Bar No. 6270
9950 W. Cheyenne Avenue
Las Vegas, Nevada 89129
Attorney for Defendant
SIGNATURE REAL ESTATE GROUP

**IT IS SO ORDERED.**

**DATED:** July 31, 2026.

[signature]
**RICHARD F. BOULWARE, II**
**UNITED STATES DISTRICT JUDGE**

*Law Offices of*
**OLSON CANNON GORMLEY**
*A Professional Corporation*
9950 West Cheyenne Avenue
Las Vegas, Nevada 89129
(702) 384-4012 Fax (702) 383-0701